No. 73–895.   LANDWEHR *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 73–902.   FLORIDA MINING & MATERIALS CORP., DBA McCORMICK CONCRETE CO. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 5th Cir.   Certiorari denied.

No. 73–914.   BAKER ET AL., TRUSTEES IN BANKRUPTCY *v.* INDIANA HARBOR BELT RAILROAD CO. ET AL.; and

No. 73–1201.   CHICAGO & NORTH WESTERN TRANSPORTATION CO. ET AL. *v.* BAKER ET AL., TRUSTEES IN BANKRUPTCY.   C. A. 3d Cir.   Certiorari denied.

No. 73–935.   DRESSEL ET AL. *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 73–998.   PARKER ET AL. *v.* CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–1047.   BOYD *v.* UNITED STATES.   C. A. 7th Cir. Certiorari denied.

No. 73–1137.   AMERICAN FIDELITY FIRE INSURANCE CO. *v.* STATE BOARD OF EQUALIZATION OF CALIFORNIA.   Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 73–1167.   KEN FOSTER CO., INC. *v.* CHRYSLER LEASING CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 73–1168.   KEITT ET AL. *v.* NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied.

No. 73–1171.   STANBACK *v.* NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied.